IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–10–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| PATRICK WILLIAM ALLEN, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 32) pursuant to Fed. R. Crim. P. 32.2(b). Defendant Patrick William Allen has been adjudged guilty of possession with intent to distribute fentanyl, and possession of a firearm in furtherance of a drug trafficking crime, as charged in the Indictment and has admitted to its forfeiture allegation (Doc. 11). As such, there is a factual basis and cause to issue a preliminary order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 32) is GRANTED:

IT IS FURTHER ORDERED that Allen's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11), and 18 U.S.C. § 924(d):

a. Smith & Wesson M&P Shield pistol S/N: FJT0834;
b. $8,200 cash; and
c. Miscellaneous ammunition and firearm accessories.

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, or a designated sub-custodian, are directed to seize and/or maintain custody of this property that is subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to any third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of any third-party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 6th day of April, 2026.

Dana L. Christensen, District Judge
United States District Court