IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26-10-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| PATRICK WILLIAM ALLEN, | |
| Defendant. | |

Before the Court is the United States of America's unopposed motion for final order of forfeiture (Doc. 35). Having reviewed said motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a)(1)-(2), for violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 841(a)(1), to which Defendant Patrick William Allen pled guilty.

2. The Court entered a Preliminary Order of Forfeiture on April 6, 2026, that forfeited the Defendant's interest in the listed property. (Doc. 35.)

3. All known interested parties were provided an opportunity to respond and publication is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 37.)

4. No claims were made to the property listed in the Preliminary Order of Forfeiture and the time for doing so expired when published notice was complete.

5.      It appears there is cause to issue a final order of forfeiture for the property listed within this order under 21 U.S.C. § 853(a)(1)-(2), 18 U.S.C. § 924(d), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.      The motion for final order of forfeiture (Doc. 40) is GRANTED.

2.      The following property is finally forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1)-(2) and 18 U.S.C. § 924(d), free from the claims of any other party:

- Smith & Wesson M&P Shield pistol S/N: FJT0834;
- $8,200.00 cash; and
- Miscellaneous ammunition and firearm accessories.

3.      The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 22nd day of July, 2026.

_____
Dana L. Christensen, District Judge
United States District Court

2